UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'QUANN MARQUIS HARVARD,

    Plaintiff,

v.   Case No. 3:19-cv-1147-J-20PDB

W. BLITCH et al.,

    Defendants.
_____

**ORDER**

1.   The Court **grants** the plaintiff's request to proceed as a pauper, Docs. 2, 3, to the extent that the case may proceed without the prepayment of the filing fee. The Court will not require him to pay an initial partial filing fee but assesses against him the $350 filing fee in this case. See 28 U.S.C. § 1915.

As funds become available in the plaintiff's prison account, he must make monthly payments of 20 percent of the preceding month's income credited to the account (that is, all funds deposited into the account). Upon receipt of this Order, the agency having custody of the plaintiff must forward payments from his account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10. The payments must continue until the filing fee of $350 is paid in full. The following information

must either be included on the face of the check from the penal institution, cashier's check, or money order or attached to it: (1) the full name of the prisoner (**Jac'Quann Marquis Harvard**); (2) the prisoner's inmate number (**#L66795**); and, (3) Middle District of Florida Case Number (**3:19-cv-1147-J-20PDB**). Checks or money orders that do not have this information will be returned.

The plaintiff is ultimately responsible for payment of the filing fee if the agency with custody over him lapses in its duty to make payments on his behalf. If he is transferred to another facility, he must ensure that the new facility is informed about this case and the required monthly payments as stated in this Order. He should keep a copy of this Order for this purpose.

2. By **November 20, 2019**, the plaintiff must submit to the Clerk of Court eight copies of the complaint for service of process on the defendants. Failure to comply may result in an order to show cause why the case should not be dismissed for failure to prosecute or follow this order.

3. The Court directs the **clerk** to mail a copy of this order to the Florida Department of Corrections, Inmate Trust Department.

**Ordered** in Jacksonville, Florida, on October 17, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2

```
caw 10/15
```

c:   Jac'Quann Marquis Harvard, #L66795
     Florida Department of Corrections, Inmate Trust Department