UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'QUANN MARQUIS HARVARD,

    Plaintiff,

v.    Case No. 3:19-cv-1147-J-20PDB

MARK S. INCH et al.,

    Defendants.
_____

**ORDER**

Finding good cause as stated in the plaintiff's amended response and motion for an extension of the time to serve the defendants, Doc. 20, the Court **grants** the motion, **discharges** the order to show cause, Doc. 12, and **accepts** the returns of service, Doc. 20-1, as timely filed.

The Court **grants** Porr's unopposed motion for an extension of the deadline to respond to the amended complaint, Doc. 29, and **accepts** his motion to dismiss, Doc. 30, as timely filed.

The Court directs the plaintiff to file responses to the defendants' motions to dismiss, Docs. 18, 22-28, 30, by **June 5, 2020.**

**ORDERED** in Jacksonville, Florida, on May 13, 2020.

PATRICIA D. BARKSDALE
United States Magistrate Judge

caw 5/13
c:
Counsel of Record