UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'QUANN MARQUIS HARVARD,

    Plaintiff,

v.                                              Case No. 3:19-cv-1147-J-20PDB

MARK S. INCH, et al.,

    Defendants.

_____

### ORDER

Defendants' Motions for Leave to Reply to Plaintiff's Responses (Docs. 35, 36) are **DENIED**. No further filings are necessary.

The parties are reminded that "[n]o proposed order or judgment may be submitted unless authorized by the assigned judge." See Administrative Procedures for Electronic Filing § IV(A)(4), United States District Court for the Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 10 day of July, 2020.

                                              HARVEY E. SCHLESINGER
                                              United States District Judge

caw 7/7
c:
Counsel of Record