UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'QUANN MARQUIS HARVARD,

    Plaintiff,

v.                                          Case No. 3:19-cv-1147-J-20PDB

MARK S. INCH et al.,

    Defendants.

_____

## **ORDER**

1. The parties must conduct discovery so that any requested discovery is due no later than **April 9, 2021**. Any discovery-related motion must be filed by **April 19, 2021**.

2. Any summary-judgment motion or other case-dispositive motion must be filed by **June 8, 2021**. If a party relies on a deposition, the entire transcript must be filed.

3. Responses to any summary-judgment motion or other case-dispositive motion must be filed by **July 8, 2021.**

4. The parties are encouraged to discuss the possibility of settlement and must notify the Court if efforts are successful.

5. The defendants' counsel may depose the plaintiff. Counsel must contact the warden of the plaintiff's institution to arrange an appropriate time and place.

**Ordered** in Jacksonville, Florida, on January 6, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

caw 1/6

c:	Counsel of Record