UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'UANN HARVARD,

    Plaintiff,

v.                                                                                  Case No. 3:19-cv-1147-HES-PDB

MARK S. INCH, et al.,

    Defendants.

## ORDER

1. Defendant Inch's Unopposed Motion to Take Judicial Notice of Case No. 4:19-cv-212-MW-CAS (Doc. 51) is **GRANTED**.

2. Plaintiff's Objections (Doc. 53) to Order (Doc. 49) are **OVERRULED**; however, Plaintiff's alternative motion for an extension of the deadline to respond to FDC's motion for summary judgment or stay until 14 days after production of discovery (Doc. 53) is **GRANTED** to the extent that the deadline to respond to Inch's Motion for Summary or Motion to Stay (Doc. 50) is extended until 14 days after production of discovery. In all other respects, the motion (Doc. 53) is **DENIED**. The parties should meet/confer in a good faith effort to develop a confidentiality agreement in order to facilitate

Plaintiff's counsel's ability to review the videos and other materials not placed in the public domain.

3. Defendant's Inch's Request for Oral Argument (Doc. 52) is **DENIED.**

4. As the Court finds good cause to extend the deadline based on the circumstances presented in the motion, Defendants Blitch's, Tomlin's, and Knight's Motion for Extension of Time to Respond to Discovery (Doc. 55) is **GRANTED** to the extent that Defendants (Blitch, Tomlin, and Knight) must respond to the Plaintiff's previously served discovery requests by **March 31, 2021.**

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE

sa 3/15
c:
Counsel of Record