UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cv-1147-J-20 PDB

JAC'QUANN HARVARD,

    Plaintiff,

v.

MARK S. INCH, as Secretary of the
Florida Department of Corrections, *et al.*

    Defendants.
_____/

## NOTICE OF TAKING DEPOSITION OF JAC'QUANN HARVARD

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition upon oral examination of:

| | |
|---|---|
| **Deponents:** | **Jac'Quann Harvard** |
| **Date:** | **Thursday, June 24, 2021** |
| **Time:** | **12:00 P.M.** |
| **Place:** | **Wakulla Correctionla Institution Annex**<br>**110 Melaleuca Drive**<br>**Crawfordville, FL. 32327**<br><br>**(Court Reporter and Plaintiff's counsel Mr. Cook to appear in person)** |
| **Zoom:** | **zoom link to be provided**<br><br>**(Defendant's counsel Mr. Margolis to appear via zoom)** |

The deposition will be taken before a Notary public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

[8721.002/5303161/1]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing is being served via electronic mail to: James V. Cook, Esq., 314 West Jefferson Street, Tallahassee, Florida 32301 (cookjv@gmail.com), this June 21, 2021.

        **SHAPIRO BLASI WASSERMAN & HERMANN PA**
        Corporate Centre at Boca Raton
        7777 Glades Road, Suite 400
        Boca Raton, Florida 33434
        T: (561) 477-7800  ||  F: (561) 477-7722
        mmargolis@sbwh.law
        Igenova@sbwh.law

By:  */s/ Matthew A. Margolis*
        Matthew A. Margolis
        Florida Bar No. 1002501
        *Attorneys for Defendants*

[8721.002/5303161/1]