UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'QUANN HARVARD,

    Plaintiff,

v.   Case No. 3:19-cv-1147-HES-PDB

MARK S. INCH, et al.,

    Defendants.

## ORDER

Defendants' Unopposed Joint Motion for Continuance of Trial (Doc. 65) is **GRANTED to the extent** that that the Court will not schedule any trial prior to mid-February of 2022.

**DONE AND ORDERED** at Jacksonville, Florida, this 24 day of June, 2021.

HARVEY E. SCHLESINGER
United States District Judge

caw 6/22

c:   Counsel of Record