UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'QUANN MARQUIS HARVARD,

    Plaintiff,

v.                                        Case No. 3:19-cv-1147-HES-PDB

MARK S. INCH, et al.,

    Defendants.

## ORDER

Finding good cause, the Joint Motion for Extension of Certain Deadlines (Doc. 68) is **GRANTED only to the extent** stated below:

1. The parties must conduct discovery so that any requested discovery is due no later than **August 30, 2021**. Any discovery related motion must be filed by **September 9, 2021**.

2. Any summary judgment motion, other case dispositive motion, and Daubert motion must be filed by **October 29, 2021**.

3. Responses to any summary judgment motion or other case dispositive motion must be filed by **November 29, 2021.**

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of July, 2021.

_____
HARVEY E. SCHLESINGER
United States District Judge

caw 7/20

c: Counsel of Record