IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'QUANN HARVARD,

Plaintiff,

v.

Case No. 3:19-cv-1147-J-20PDB

MARK S. INCH, as Secretary of the
Florida Department of Corrections,
WILLIAM B. BLITCH, KYLE D.
KNIGHT, TEDDY L. TOMLIN, SGT.
PORR, AUSTIN P. MERRITT, BRETT
GILLESPIE, WESLEY E. ROGERS, and
TYRELL M. REAGOR, individually,

Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney Jeremy W. Harris, Esq. respectfully moves to withdraw as counsel of record in this action. In accordance with Local Rule 2.02(c)(1), United States District Court, Middle District of Florida, the undersigned states:

1. Defendants were provided fourteen days' notice of counsel and his firm's intent to withdraw from this matter.

2. This withdrawal will not result in any Defendant proceeding *pro se*.

3. Defendants have and will continue to be represented by Shirley Durham, Esq. of the Florida Attorney General's Office.

4. If the instant motion is granted by this Court, the undersigned further requests that all future pleadings, correspondence, and notifications from the Court and all parties be sent to the attention of Shirley Durham, Esq. of the Florida Attorney General's Office.

**CERTIFICATE OF SERVICE**

We electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served the foregoing to: James V. Cook, Esq., Law Office of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301, Email: cookjv@gmail.com on February 16, 2022.

By: */s/ Jeremy W. Harris*
JEREMY W. HARRIS
Florida Bar No.: 441131
jharris@lydecker.com

5.