**cookjv@gmail.com**

| | |
|---|---|
| **From:** | cookjv@gmail.com |
| **Sent:** | Friday, January 14, 2022 4:20 PM |
| **To:** | 'Corey Allen'; 'Shirley Durham' |
| **Cc:** | 'Shirley Durham' |
| **Subject:** | RE: Discovery |

The records you attached are Daily Records of Special Housing, not Dorm Logs.

RFP 2 to Secretary Inch was "2. All Dorm Logs for C Wing for the dates December 15-17, 2018, and B Wing for the dates December 18-20, 2018, including movement logs and any other logs created. Just for reference, this is what a Dorm Log looks like:

[Image of Florida Department of Corrections Housing Unit Log, Florida State Prison, Housing Unit (B) Wing, Date 12/25/18, showing entries at 6:00 a.m. for Day Shift on duty with Sgt. Aikin, OFC Fowler, OFC McDade; keys and equipment accounted for; Key Ring assigned to Handcuff Key # B1, B2, B3; Radio's #'s B1, B2, and B3.]

**James V. Cook**
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080; 561-0836 fax
cookjv@gmail.com
A Civil Rights Practice

**From:** Corey Allen <Corey.Allen@myfloridalegal.com>
**Sent:** Friday, January 14, 2022 4:02 PM
**To:** cookjv@gmail.com; Shirley Durham <Shirley.Durham@myfloridalegal.com>
**Cc:** Shirley Durham <Shirley.Durham@myfloridalegal.com>
**Subject:** RE: Discovery

Mr. Cook,

We sent you the attached C dorm log back in October and the duty rosters were sent to you in November and December.

Thank you,
Corey Allen



Ms. Corey Allen
Paralegal Specialist
Corrections Litigation Bureau
Office of the Attorney General
PL-01 The Capitol | Tallahassee, FL 32399-1050
Tel.: (850) 414-3646
Corey.allen@myfloridalegal.com

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Friday, January 14, 2022 3:55 PM
**To:** Shirley Durham <Shirley.Durham@myfloridalegal.com>
**Cc:** Corey Allen <Corey.Allen@myfloridalegal.com>
**Subject:** RE: Discovery

I got a file with A and B logs.

We got an affidavit about video in a particular course but there were videos mentioned in other courses. Also the affiant didn't explain why he can't now get a copy of the videos he says they no longer use, or why the third largest prison system in the United States has no training videos (any more).

I think I have given you specifics on the improper redactions in the past but here are some files:

https://www.dropbox.com/t/BFSITPrOF0PIwqKJ

**James V. Cook**
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080; 561-0836 fax
cookjv@gmail.com
A Civil Rights Practice

**From:** Shirley Durham <Shirley.Durham@myfloridalegal.com>
**Sent:** Friday, January 14, 2022 3:49 PM
**To:** cookjv@gmail.com
**Cc:** Corey Allen <Corey.Allen@myfloridalegal.com>
**Subject:** RE: Discovery

We will tell you where the logs and duty rosters were provided.
We gave you a declaration stating there are no training videos.

You said you would tell me which information was relevant so that we can give you the unredacted files of relevant information you thought was relevant so that we could give you the files unredacted.

We just sent you the emails.

Now, if this is not true, please let me know that I am mistaken.

```
Shirley Wilson Durham
Senior Assistant Attorney General
Office of the Attorney General
Corrections Litigation Bureau
PL-01 The Capitol
Tallahassee, FL 32399-1050
Tel: (904) 456-6472
Fax: (904) 858-6983
Shirley.durham@myfloridalegal.com
```

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Friday, January 14, 2022 3:42 PM
**To:** Shirley Durham <Shirley.Durham@myfloridalegal.com>
**Cc:** Corey Allen <Corey.Allen@myfloridalegal.com>
**Subject:** RE: Discovery

You haven't addressed ECF 87 and 89 at all. I invited you to try to resolve those motions but got nothing back and the Court Order requires us to re-file them. As to ECF 90, 91, and 92, our agreement was (roughly):

a.       Defendants would provide training materials, including documents, training videos, PowerPoints, and related materials for certain enumerated listed courses, including forced cell extractions, uses of force, de-escalation and crisis-intervention techniques, and other trainings, in order to resolve Motion to Compel ECF 92.
b.       Defendants would provide requested Dorm Logs and Duty Rosters (work schedules) in order to resolve Motion to Compel ECF 91.
c.       Defendants would provide e-mails to or from persons in their Fed.R.Civ.P. 26(a)(1)(A)(i) disclosures; any Fed.R.Civ.P. 26(a)(1)(A)(ii) records not already provided; corrective action records without improper redactions; records supporting non-admissions 17, 18, 19, and 25; requested records of assets if defendants intend to argue limitations of assets regarding a claim for punitive damages.

We got no training videos for **any** of the courses although a number of course materials mention video. I don't believe we ever got Housing Logs for C Wing. We still have improper redactions on the Duty Rosters. We did get some records yesterday, including e-mails, that we are still analyzing. We did not get personnel records with the material information unredacted. We got no asset records. I would not say that everything was provided.

**James V. Cook**
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080; 561-0836 fax
cookjv@gmail.com
A Civil Rights Practice

**From:** Shirley Durham <Shirley.Durham@myfloridalegal.com>
**Sent:** Friday, January 14, 2022 2:50 PM
**To:** James Cook <cookjv@gmail.com>
**Cc:** Corey Allen <Corey.Allen@myfloridalegal.com>
**Subject:** Discovery

Hello Mr. Cook,

How are you today?  I hope that all is well.  We have provided you everything, you requested and we promised, so if there is something missing, can you specifically let us know  what you think is missing.

Have a great weekend.

**Shirley Wilson Durham**
**Senior Assistant Attorney General**
**Office of the Attorney General**
**Corrections Litigation Bureau**
**PL-01 The Capitol**
**Tallahassee, FL 32399-1050**
**Tel: (904) 456-6472**
**Fax: (904) 858-6983**
**Shirley.durham@myfloridalegal.com**