UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAC'QUANN MARQUIS HARVARD,
    Plaintiff,
vs.                                    Case No. 3:19-cv-1147-HES-PDB

W. BLITCH., et al.,
Defendants.
_____/

## **DEFENDANTS' LOCAL RULE 3.01.(g) CERTIFICATE**

      Defendants Inch, Blitch, Merritt, Knight, Reagor, Rogers, Porr, Gillespie, and Tomlin through undersigned counsel, pursuant to Middle District of Florida Local Rule 3.01(g) file this notice informing the Court that the notice could not be filed within three days because Counsel was just able to make contact with Plaintiff's Counsel who informed Counsel that he is opposed to Defendants' Motion for Extension of time to filed Defendants' Response to Plaintiff's Motion to Compel.

1

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Senior Assistant Attorney General
Florida Bar No. 993204
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Shirley.Durham@myflorida.legal.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

We electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, the foregoing was served to James V. Cook, Esq., Law Office of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301 on April 20, 2022.

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Senior Assistant Attorney General