# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JAC'QUANN HARVARD,

    Plaintiff,

vs.

MARK S. INCH, et al.,

    Defendants.

Case No. 3:19cv1147-HES-PDB

## UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT EXHIBITS UNDER SEAL UNDER LOCAL RULE 1.11

Plaintiff JAC'QUANN HARVARD moves this Honorable Court for leave to file the Summary Judgment exhibits under seal under Middle District Local Rule 1.11, and would show that the Motion is unopposed and would further show:

1. Plaintiff seeks to submit two Use of Force videos as Summary Judgment Exhibits referenced in Plaintiff's Declaration on Exhibits (ECF 132). The Exhibits are 132-10a and 132-10b. (See ECF 132 at 4, ¶ 13).

2. Plaintiff's Motion for Partial Summary Judgment (ECF 133) only references 132-10a, the 12/16/2018 Use of Force. Exhibit 132-10b depicts the 12/19/2018 Use of Force (Cell Extraction), which is likely to be cited in the course of further pretrial litigation and is submitted for a more complete understanding of the Use of Force issues in this case.

3. The Department of Corrections maintains that use of force videos should be sealed by the Court based on concerns that they may reveal otherwise

restricted information relating to the security of the prison. Plaintiff has agreed to submit the videos for filing under seal under a joint agreement to prevent complex and extended litigation over record production.

4. Plaintiff proposes that the Exhibits remain sealed until needed for trial.

5. Plaintiff designates the undersigned attorney to retrieve the exhibit.

## MEMORANDUM OF LAW

A court should only seal a record when provided specific information that satisfies the grounds for sealing. In *Brown v. Advantage Eng'g, Inc*., 960 F.2d 1013, 1014, 1016 (11th Cir. 1992), the court found it was an abuse of discretion to seal court records without a compelling reason. *See also Joy v. North*, 692 F.2d 880, 884, 893–94 (2d Cir. 1982) (finding that it was improper for the district court to seal a discovery document filed to support a summary judgment motion).

Plaintiff has agreed to seek leave of Court to submit the above exhibits for filing under seal pursuant to the aforementioned agreement. The agreement takes account of the fact that the decision whether to actually seal the exhibits is fully within the discretion of this Honorable Court, and not the parties to this lawsuit.

Respectfully Submitted,   *s/James V. Cook*_____
JAMES V. COOK
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Fax: 850 561-0836
cookjv@gmail.com

ATTORNEY FOR PLAINTIFF

I CERTIFY, pursuant to the Local Rules, that I have conferred with opposing counsel and opposing counsel agrees to the filing of these Exhibits under seal.

I CERTIFY that this filing meets the type and size requirements of the Local Rules.

I CERTIFY a true copy hereof was served 4/27/22 on all counsel of record registered with the CM/ECF electronic filing system.

*s/James V. Cook*